that she made any attempt and certainly no substantial attempt to comply with this provision, as she was required to do by the language of *Minnis v. Friend*, 360 Ill. 328, 196 N.E. 191. The notice, therefore, lacked a necessary element and was fatally defective. Accordingly, the motion to dismiss should have been granted and the judgment of the circuit court of Cook County is reversed.

Judgment reversed.

BURKE, J., took no part in the consideration or decision of this case.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JULIO CORTES, Defendant-Appellant.

(No. 59195;

First District (1st Division)—April 1, 1974.

PER CURIAM.

GOLDBERG, J., took no part.

James J. Doherty, Public Defender, of Chicago (Thomas Lipscomb and John M. Kalnins, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.

LINCOLN NATIONAL BANK et al., Plaintiffs-Appellants, v. P. J. CULLERTON et al., Defendants-Appellees.

(No. 59216; ▮▮▮▮▮▮▮

First District (1st Division)—April 1, 1974.

Gann, McIntosh, Flaherty & Parker and Marovitz, Powell, Pizer & Edelstein, both of Chicago (Donald J. Parker and Nathan N. Powell, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago (Sheldon Gardner and Paul P. Biebel, Jr., Assistant State's Attorneys, of counsel), for appellees.